IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16cv409

| | |
|---|---|
| TALMAGE LEE JONES, JR., ) ) ) Plaintiffs, ) ) v. ) ) JASON ANTHONY HIGGINS, et al., ) ) Defendants. ) _____ ) | ORDER |

Pending before the Court is Consent Motion to Substitute party [# 13]. For good cause shown, the Court **GRANTS** the motion [# 13]. The Court **DIRECTS** the Clerk to **SUBSTITUTE** CMH Manufacturing, Inc. as a defendant in this action for Clayton Homes, Inc. Defendant CMH Manufacturing, Inc. shall have fourteen (14) days from the entry of this Order to file an Answer or otherwise respond to the Amended Complaint.

Signed: March 6, 2017

Dennis L. Howell
United States Magistrate Judge

1