# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 CV 409

| | |
|---|---|
| TALMAGE LEE JONES, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JASON ANTHONY HIGGINS, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is Defendant CMH Manufacturing, Inc.'s Motion for Sanctions [# 57]. On November 22, 2017, Defendant CMH filed its motion for sanctions and included in that motion its memorandum in support. Pursuant to LCvR 7.1(A), (C)(2), however, the Court requires that a party file motions separate from briefs.

Therefore, the Court **DISMISSES** the motion [# 57] without prejudice. Defendant CMH may refile its motion and separately file its memorandum in support.

Signed: November 27, 2017

Dennis L. Howell
United States Magistrate Judge