# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:16 cv 409

| | |
|---|---|
| **TALMAGE LEE JONES JR.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **JASON ANTHONY HIGGINS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

Pending before the Court is the Motion to Compel [# 68] filed by Defendant CMH Manufacturing, Inc. Defendant's counsel, however, did not contemporaneously file a brief as required by LCvR 7.1(C).

Therefore, the Court **DENIES** the motion [# 68] without prejudice. Defendant CMH Manufacturing, Inc. may refile a motion along with a separate brief concerning the relief sought.

Signed: January 16, 2018

Dennis L. Howell
United States Magistrate Judge