# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cv 409

| | | |
|---|---|---|
| **TALMAGE LEE JONES JR.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JASON ANTHONY HIGGINS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

This matter is before the Court sua sponte. Defendants Higgins and G & R Trucking Company, Inc., shall respond to Defendant CMH Manufacturing, Inc.'s Motion for Sanctions and to Compel [# 70]. Defendants Higgins and G & R Trucking Company, Inc., shall respond on or by **February 2, 2018**.

Further, **counsel for all parties** shall appear before the Court on **February 6, 2018, at 2:00 PM** to hear motions # 54, # 62, and # 70.

Signed: January 25, 2018

Dennis L. Howell
United States Magistrate Judge