# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cv 409

| | |
|---|---|
| **JUDY E. JONES,** *as Executor of the Estate of Talmage Lee Jones Jr.*, ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | |
| **JASON ANTHONY HIGGINS, G & R TRUCKING COMPANY, INC., and CMH MANUFACTURING, INC.,** ) ) ) ) | |
| **Defendants.** ) ) ) | **ORDER** |
| **CMH MANUFACTURING, INC.,** ) ) | |
| **Third-party Plaintiff,** ) ) | |
| v. ) ) | |
| **HOYLE'S TIRE AND AXLE, LLC** d/b/a/ **HOYLE TIRE & AXLE** ) ) ) | |
| **Third-party Defendant.** ) ) ) | |

This matter is before the Court on Defendants Jason Anthony Higgins and G & R Trucking Co.'s Motion for a Continuance or Rescheduling [# 84]. On February 12, 2018, the Court ordered counsel for all parties to appear before the Court on February 27, 2018. It appears that counsel for Defendants Higgins and G & R will

not be able to appear on that date. Counsel has attempted to propose an alternative date, however, there appears to be disagreement or lack of clarity.

Therefore, the Court **DIRECTS** all parties to confer and jointly propose an alternate date. If the parties cannot agree, the parties must describe their positions and reasons for disagreement. The parties shall respond on or by **February 20, 2018**.

Signed: February 15, 2018

Dennis L. Howell
United States Magistrate Judge