## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:16 cv 409

| | |
|---|---|
| **JUDY E. JONES,** *as Executor of the Estate of Talmage Lee Jones Jr.*, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| **JASON ANTHONY HIGGINS, G & R TRUCKING COMPANY, INC., and CMH MANUFACTURING, INC.,** | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) **ORDER** |
| **CMH MANUFACTURING, INC.,** | )<br>) |
| Third-party Plaintiff, | )<br>) |
| v. | )<br>) |
| **HOYLE'S TIRE AND AXLE, LLC** d/b/a/ **HOYLE TIRE & AXLE** | )<br>)<br>) |
| Third-party Defendant. | )<br>)<br>) |

This matter is before the Court sua sponte. The Court has received several communications from the attorneys for all parties about the status of this case. Some communications were complementary, others were conflicting.

As a result, the Court **ORDERS** that a hearing be set for **11:00 AM, Friday, March 16, 2018, in Courtroom No. 2**. The attorney(s) from each party need only be present, including any attorney of party who believes it has settled its portion of the case. The Court

will hear the following:

    (1) what claims remain;

    (2) the issue of the two Offers of Judgment [# 87, # 88]; and

    (3) any other issue(s) that might be open.

Signed: March 5, 2018

Dennis L. Howell
United States Magistrate Judge