# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Judy E. Jones, | ) | JUDGMENT IN CASE |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | 1:16-cv-00409-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Jason Anthony Higgins | ) | |
| G & R Trucking Company, Inc., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on an Offer of Judgment dated February 9, 2018, from Defendants G & R Trucking Co., Inc. and Jason Anthony Higgins, and Plaintiff's February 19, 2018 Notice of Acceptance of that Offer of Judgment (Doc. 88);

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered against Defendants G & R Trucking Co., Inc. and Jason Anthony Higgins in the amount of fifty thousand dollars ($50,000.00), pursuant to Rule 68(a), Fed. R. Civ. P.

March 21, 2018

Frank G. Johns, Clerk
United States District Court