# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JUDY E. JONES, | ) | JUDGMENT IN CASE |
| as Executor of the Estate of | ) | |
| Talmage Lee Jones Jr., | ) | |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00409-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| JASON ANTHONY HIGGINS | ) | |
| G & R TRUCKING COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court on an Offer of Judgment dated February 9, 2018, from Defendants G & R Trucking Co., Inc. and Jason Anthony Higgins, and Plaintiff's May 15, 2018 Notice of Acceptance of that Offer of Judgment (Doc. 111);

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered against Defendants G & R Trucking Co., Inc. and Jason Anthony Higgins in the amount of fifty thousand dollars ($50,000.00), plus reasonable costs accrued by Plaintiff up to and including May 15, 2018, pursuant to Rule 68(a), Fed.R.Civ.P.

May 17, 2018

_____
Frank G. Johns, Clerk
United States District Court